IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOUIS BENAVIDEZ,

    Petitioner,

v.                                                           No. 15-cv-0262 LH/SMV

VINCENT HORTON and
HECTOR BALDERAS,

    Respondents.

## ORDER

THIS MATTER is before the Court on Petitioner's Motion for Leave to Proceed *In Forma Pauperis* and Affidavit in Support [Doc. 2], and the Court being fully advised;

**IT IS ORDERED** that the Motion for Leave to Proceed *In Forma Pauperis* and Affidavit in Support [Doc. 2] is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**